**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2130

JOHN ROLANDO TIFFANY,

Petitioner - Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

Respondent - Appellee.

Appeal from the United States Tax Court.  (Tax Ct. No. 03-2921)

Submitted:  February 27, 2004          Decided:  March 22, 2004

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Rolando Tiffany, Appellant Pro Se.   Eileen J. O'Connor, Assistant Attorney General, Bruce Raleigh Ellisen, Janet A. Bradley, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Rolando Tiffany appeals from the tax court's orders dismissing his petition for redetermination of his liability for income taxes and additions to tax for the years 1997 to 2000, and denying his motion to vacate the dismissal order. We have reviewed the record and the tax court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. See Tiffany v. Comm'r of Internal Revenue, Tax Ct. No. 03-2921 (U.S.T.C. May 16, 2003 & July 16, 2003). Additionally, we deny Tiffany's motion for a stay of proceedings and deny the Commissioner's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED